# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00422-JMS-RT |
| CASE NAME: | ILWU Local 142 Health and Welfare Trust v. HH Pacific Beach LP |
| ATTY FOR PLA: | Jared Kawashima |
| ATTY FOR DEFT: | Richard Rand |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | AT&T |
| DATE: | 11/30/2020 | TIME: | 10:10 - 10:15 a.m |

COURT ACTION: EP: TELEPHONIC RULE 16 SCHEDULING CONFERENCE held.

Discussion had. Parties report arbitration proceeding pending which may resolve some or all of Plaintiff's claims. Resolution expected in approximately six (6) months.

Court sets Confidential Telephone Status Conference for 4/7/2021 at 9:30 a.m. before Magistrate Judge Trader. No submissions required.

Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

1. Dial 1-888-363-4735.
2. Enter Access Code 2070326.

Rule 16 Scheduling Order to issue.

Dates given:

1. Non-jury trial on March 1, 2022 at 9:00 a.m. before JMS
2. Final Pretrial Conference on January 18, 2022 at 9:00 a.m. before RT
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by January 11, 2022
5. File motions to Join/Add Parties/Amend Pleadings by July 30, 2021
6. File other Non-Dispositive Motions by December 1, 2021
7. File Dispositive Motions by September 29, 2021
8a. File Motions in Limine by February 8, 2022

| | |
|---|---|
| 8b. | File opposition memo to a Motion in Limine by February 15, 2022 |
| 11a. | Plaintiff's Expert Witness Disclosures by August 30, 2021 |
| 11b. | Defendant's Expert Witness Disclosures by September 29, 2021 |
| 12. | Discovery deadline **January 3, 2022** |
| 13. | Settlement Conference set for December 6, 2021 at 10:00 a.m. before RT |
| 14. | Settlement Conference statements by November 29, 2021 |
| 20. | Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A |
| 21. | File Final witness list by February 8, 2022 |
| 24. | Exchange Exhibit and Demonstrative aids by February 1, 2022 |
| 25. | Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 8, 2022 |
| 26. | By February 15, 2022 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections. |
| 27. | The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial. |
| 28a. | File Deposition Excerpt Designations by February 8, 2022 |
| 28b. | File Deposition Counter Designations and Objections by February 15, 2022 |
| 29. | File Trial Brief by February 15, 2022 |
| 30. | File Findings of Fact & Conclusions of Law by February 15, 2022 |

Other Matters: None.


*Submitted by: Lian Abernathy, Courtroom Manager*


1:20-CV-00422-JMS-RT;
ILWU Local 142 Health and Welfare Trust v. HH Pacific Beach LP;
Rule 16 Scheduling Conference Minutes
11/30/2020