# MARR JONES & WANG

**A LIMITED LIABILITY LAW PARTNERSHIP**

*Labor and Employment Law*

<span style="color:red">**Letter**</span>

May 19, 2021

*Via E-Mail (trader_orders@hid.uscourts.gov)*

The Honorable Rom A. Trader
United States District Court for the
  District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

> **Re:**   ***ILWU Local 142 Health and Welfare Trust and HH Pacific Beach LP***
> ***dba Alohilani Resort Waikiki***
> **Civil No. 20-00422 JMS-RT**

Dear Judge Trader:

A Confidential Telephonic Status Conference is currently scheduled in the above-referenced case for May 21, 2021. The parties are very close to reaching a settlement and filing the Stipulation for Dismissal, and request that the Conference be continued for two weeks. Counsel for the Plaintiff has no objections.

Thank you for your consideration of this request.

Very truly yours,

*/s/ Richard M. Rand*

Richard M. Rand

RMR:mb  1337292/2206.005

cc:    James N. Kawashima (*via e-mail* jared@yklawhawaii.com)
       Lian Abernathy, Courtroom Manager (*via e-mail:* lian_abernathy@hid.uscourts.gov)

Pauahi Tower • 1003 Bishop Street, Suite 1500 • Honolulu, Hawaii 96813
Phone: (808) 536-4900 • Fax: (808) 536-6700 • E-mail: rrand@marrjones.com