YEE & KAWASHIMA, LLLP

JARED N. KAWASHIMA        6289
CHRISTIN D. W. KAWADA   10038
1000 Bishop Street, Suite 908
Honolulu, Hawaii  96813
Telephone:  (808) 524-4501
Facsimile:  (888) 524-0407
E-mail: jared@yklawhawaii.com
E-mail: christin@yklawhawaii.com

Attorneys for Plaintiff
ILWU LOCAL 142
HEALTH & WELFARE TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ILWU LOCAL 142 HEALTH AND WELFARE TRUST | ) ) ) | CIVIL NO. 20-00422 JMS-RT |
| Plaintiff, | ) ) | STIPULATION FOR DISMISSAL WITH PREJUDICE OF |
| vs. | ) ) ) | COMPLAINT FILED ON OCTOBER 2, 2020 AND ORDER |
| HH PACIFIC BEACH LP DBA ALOHILANI RESORT WAIKIKI BEACH; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF COMPLAINT FILED ON OCTOBER 2, 2020 AND ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action with prejudice, with each party to bear their own attorney's fees and costs.  All claims and parties are dismissed by this stipulation.

There are no remaining parties, claims, and/or issues.

All appearing parties have signed this stipulation.

DATED: Honolulu, Hawaii, May 26, 2021.

/s/ Jared N. Kawashima
JARED N. KAWASHIMA
CHRISTIN D. W. KAWADA
Attorney for Plaintiffs
ILWU LOCAL 142 HEALTH &
WELFARE TRUST

/s/ Richard M. Rand
RICHARD M. RAND
Attorney for Defendant
HH PACIFIC BEACH LP DBA
ALOHILANI RESORT WAIKIKI BEACH

///

///

///

2

**APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawaii, May 26, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

---

In the United States District Court For The District Of Hawaii Civil No. 20-00422 JMS-RT; ILWU
LOCAL 142 HEALTH AND WELFARE TRUST, vs. HH PACIFIC BEACH LP DBA ALOHILANI
RESORT WAIKIKI BEACH, et al.; *STIPULATION FOR DISMISSAL WITH PREJUDICE OF
COMPLAINT FILED ON OCTOBER 2, 2020 AND ORDER*